UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri (St. Louis)

In re:

Debtor(s)

JAMES D. SKIFF

Case No.: 10-54129   Loan Number (Last 4): 4185
Chapter: 13

## NOTICE OF PAYMENT CHANGE

Chase Home Finance, LLC., its successor or assign, hereby gives its Notice of Payment Change as follows:

| | | |
|---|---|---:|
| Payment Change Reason: | | Escrow |
| Effective Date of New Payment: | | March 01, 2011 |
| Current Monthly Payment: | Principal and Interest | $1,182.03 |
| | Tax and Other Amount | $111.81 |
| | Mortgage Insurance | $0.00 |
| | Optional Insurance Amount | $0.00 |
| | Over/Shortage Amount | $114.38 |
| | Hazard Insurance Amount | $108.00 |
| | Total Payment Amount | $1,516.22 |
| New Monthly Payment: | Principal and Interest | $1,182.03 |
| | Tax and Other Amount | $114.04 |
| | Mortgage Insurance | $0.00 |
| | Optional Insurance Amount | $0.00 |
| | Over/Shortage Amount | $0.00 |
| | Hazard Insurance Amount | $112.00 |
| | Total Payment Amount | $1,408.07 |

Melba Arredondo

Chase Home Finance, LLC.

Chase Records Center  Attn: Correspondence Mail Mail Code LA4-5555  700 Kansas Lane

Monroe, LA 71203

Telephone: 866-243-5851

Fax:

Email Address:

Date: January 04, 2011

By: /s/ Melba Arredondo

Assistant VP

364841-7db5ec4f-f092-4eaa-a2e9-d7ce29e2ba52

# CERTIFICATE OF SERVICE

I hereby certify that on January 04, 2011, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

James D. Skiff
213 Conrad Circle
Warrenton, MO 63383

Debtor's Attorney:

Douglas M. Heagler
Law Office
6302 N. Rosebury, Ste 1W
Clayton, MO 63105

Trustee:

John V. LaBarge, Jr
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

/s/ Bill Taylor

As Authorized Filing Agent for Filer

364841-7a5b49f6-cf0c-4e54-ac77-b0bd1c924c72



## Annual Escrow Account Disclosure Statement
**Customer Care**
**Customer Care Phone:** 1-800-548-7912
**Hearing Impaired (TDD):** 1-800-582-0542
www.chase.com/homefinance/customerservice

00586 ESA Z 35610 C -
JAMES SKIFF
213 CONRAD CIR
WARRENTON MO  63383-1825

### Loan Summary
Loan Number:
Principal Balance: $112,307.84
Escrow Balance: $8,770.82-
Next Payment Due: 01/01/09

### Statement Date
December 22, 2010

**Property Address:**
213 Conrad Cir
Warrenton, MO

### Prior Payment Breakdown
Principal and Interest  $1,182.03
Escrow  $334.19
**Total Payment**  **$1,516.22**

### New Payment Breakdown Effective 03/01/11
Principal and Interest  $1,182.03
Escrow  $226.04
**Total Payment**  **$1,408.07**



## YOUR ESCROW ACCOUNT HISTORY
Keep this statement for your records. This history compares the escrow activity that was projected for the past period with your actual escrow activity. Because taxes and insurance premiums were projections, the actual amounts paid may be different.

### Comparing Projections to the Actual Payments

| | | Prior Year Projection | | | Actual Activity | | |
|---|---|---|---|---|---|---|---|
| Description | Month | Payments to escrow account | Payments from escrow account | Escrow Balance | Payments to escrow account | Payments from escrow account | Escrow Balance |
| Beginning Balance | | $0.00 | $0.00 | $1,256.20 | $0.00 | $0.00 | $3,149.17- |
| Payment | 06/09 | $179.47 | $0.00 | $1,435.67 | $0.00* | $0.00 | $3,149.17- |
| Homeowner In | 06/09 | $0.00 | $0.00 | $1,435.67 | $0.00* | $70.00* | $3,219.17- |
| Homeowner In | 06/09 | $0.00 | $0.00 | $1,435.67 | $0.00 | $809.00* | $4,028.17- |
| Payment | 07/09 | $179.47 | $0.00 | $1,615.14 | $0.00* | $0.00 | $4,028.17- |
| Payment | 08/09 | $179.47 | $0.00 | $1,794.61 | $0.00* | $0.00 | $4,028.17- |
| Payment | 09/09 | $179.47 | $0.00 | $1,974.08 | $0.00* | $0.00 | $4,028.17- |
| Homeowner In | 09/09 | $0.00 | $809.00 | $1,165.08 | $0.00* | $0.00* | $4,028.17- |
| Payment | 10/09 | $179.47 | $0.00 | $1,344.55 | $0.00* | $0.00 | $4,028.17- |
| Payment | 11/09 | $179.47 | $0.00 | $1,524.02 | $0.00* | $0.00 | $4,028.17- |
| County Tax | 11/09 | $0.00 | $0.00 | $1,524.02 | $0.00* | $1,354.61* | $5,382.78- |
| Payment | 12/09 | $179.47 | $0.00 | $1,703.49 | $334.19* | $0.00 | $5,048.59- |
| County Tax | 12/09 | $0.00 | $1,344.55 | $358.94 | $0.00* | $0.00* | $5,048.59- |
| Payment | 01/10 | $179.47 | $0.00 | $538.41 | $334.19* | $0.00 | $4,714.40- |
| Payment | 02/10 | $179.47 | $0.00 | $717.88 | $0.00* | $0.00 | $4,714.40- |
| Payment | 03/10 | $179.47 | $0.00 | $897.35 | $0.00* | $0.00 | $4,714.40- |
| Payment | 04/10 | $179.47 | $0.00 | $1,076.82 | $0.00* | $0.00 | $4,714.40- |
| Payment | 05/10 | $179.47 | $0.00 | $1,256.29 | $0.00* | $0.00 | $4,714.40- |
| Homeowner In | 08/10 | $0.00 | $0.00 | $1,256.29 | $0.00 | $1,344.00* | $6,058.40- |
| County Tax | 11/10 | $0.00 | $0.00 | $1,256.29 | $0.00 | $1,368.42* | $7,426.82- |
| Homeowner In | 11/10 | $0.00 | $0.00 | $1,256.29 | $0.00 | $1,344.00* | $8,770.82- |
| Payment | 12/10 | $0.00 | $0.00 | $1,256.29 | $8,020.56* | $0.00 | $750.26- |
| Payment | 01/11 | $0.00 | $0.00 | $1,256.29 | $334.19* | $0.00 | $416.07- |
| Payment | 02/11 | $0.00 | $0.00 | $1,256.29 | $334.19* | $0.00 | $81.88- |
| **Total** | | **$2,153.64** | **$2,153.55** | | **$9,357.32** | **$6,290.03** | |

* Either the date or the amount differs from the previous projection.

Your previous Escrow Account Disclosure Statement projected payments to your escrow account would be $179.47 monthly, totaling $2,153.64. Under federal law, your lowest monthly balance should not go below $358.94.

Escrow Information

At this time, your Escrow Analysis account has no surplus or shortage.

## GENERAL ESCROW INFORMATION

Instead of making multiple payments for insurance and taxes during the year, escrow enables you to put money aside monthly and let Chase handle the payments.

| Description | Due Date | New Year Projections | Monthly Required Escrow | Description | Due Date | New Year Projections | Monthly Required Escrow |
|---|---|---|---|---|---|---|---|
| Hazard Ins | 11/11 | $1,344.00 | $112.00 | County Tax | 12/11 | $1,368.42 | $114.03 |
| | | | | **Totals** | | $2,712.42 | $226.04 |

## REQUIRED RESERVE

Section 10 of the Real Estate Settlement Procedures Act (RESPA) authorizes lenders to collect and maintain up to one-sixth of your total disbursements in your escrow account at all times. The required reserve is used to cover increased tax and insurance disbursements. We do not cushion for mortgage insurance or optional products.

Total Monthly Required Escrow $226.04
Total Required Reserve $0.00

## PROJECTIONS FOR COMING YEAR

This is an estimate of activity projected for your escrow account during the coming year. The **Target Balance** is the beginning balance necessary to bring your escrow account at its lowest point during the next 12 months to zero plus the allowed required reserve.

**Indicates the Lowest Projected Balance in your account during the next 12 months. Some escrow accounts may be billed for periods longer than one year. The account balance may not reach its Lowest Projected Balance this year because one of the escrow items may be on a three-year cycle.

| Description | Month | Projected Payments to escrow | Projected Payments from escrow | Month-end escrow balance | Description | Month | Projected Payments to escrow | Projected Payments from escrow | Month-end escrow balance |
|---|---|---|---|---|---|---|---|---|---|
| Target Balance | | $0.00 | $0.00 | $452.02 | Payment | 10/11 | $226.04 | $0.00 | $2,260.34 |
| Payment | 03/11 | $226.04 | $0.00 | $678.06 | Payment | 11/11 | $226.04 | $0.00 | $2,486.38 |
| Payment | 04/11 | $226.04 | $0.00 | $904.10 | Homeowner In | 11/11 | $0.00 | $1,344.00 | $1,142.38 |
| Payment | 05/11 | $226.04 | $0.00 | $1,130.14 | Payment | 12/11 | $226.04 | $0.00 | $1,368.42 |
| Payment | 06/11 | $226.04 | $0.00 | $1,356.18 | County Tax | 12/11 | $0.00 | $1,368.42 | $0.00** |
| Payment | 07/11 | $226.04 | $0.00 | $1,582.22 | Payment | 01/12 | $226.04 | $0.00 | $226.04 |
| Payment | 08/11 | $226.04 | $0.00 | $1,808.26 | Payment | 02/12 | $226.04 | $0.00 | $452.08 |
| Payment | 09/11 | $226.04 | $0.00 | $2,034.30 | | | | | |
| | | | | | **Total** | | $2,712.48 | $2,712.42 | |

## COMPUTATION OF YOUR ESCROW ACCOUNT

**Escrow:** Your Anticipated Escrow Balance is $1,111.30-. Your Target Balance according to this analysis is $452.02. The Anticipated Escrow Balance is equal with the Target Balance. For that reason your account has no surplus or shortage.

| | | |
|---|---|---|
| Anticipated Escrow Balance | $1,111.30- | **Anticipated Escrow Balance** is calculated by taking your actual escrow balance of $8,770.82- as of December 22, 2010. The balance is then calculated by adding all payments and subtracting all disbursements scheduled for your escrow account until the effective date of the new payment, March 1, 2011. |
| Minus the Target Balance | $452.02 | |
| Escrow | $0.00 | |

**This statement is not a request for payment. It is for informational purposes only.**
Your new monthly mortgage payment for the coming year will be $1,408.07 of which $1,182.03 will be for principal and interest and $226.04 will go into your escrow account. The terms of your loan may result in changes to the monthly principal and interest payments during the year.